FILED: December 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4743
(2:10-cr-01104-RMG-11)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARCUS GIBBS

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Davis, Judge Floyd and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk